UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-229 JLR |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JORGE ALFONSO MATHUS-VELASQUEZ, | |
| Defendant. | |

<u>Offenses charged</u> in Second Superseding Indictment:

Count 1 – Conspiracy to Distribute Controlled Substances,

    including heroin and methamphetamine

Count 4 – Possession of heroin with intent to distribute, 02/09/17

Count 13 – Possession of heroin with intent to distribute, 05/29/17

<u>Date of Detention Hearing</u>: February 15, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will

DETENTION ORDER
PAGE -1

reasonably assure either the safety of other persons and the community or that defendant will make his future appearances as directed.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Indictment charges defendant with drug offenses, each of which carries a maximum penalty of more than ten years of imprisonment. There is therefore a rebuttable presumption that defendant will be detained both as a flight risk and as a danger.

(2) Defendant presented nothing to rebut this presumption, and stipulated to detention.

It is therefore ORDERED:

1. Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of February, 2018.

_____
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3