# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>JORGE ALFONSO MATHUS-<br>VELASQUEZ, et. al.<br>Defendants | NO. CR 17-229 JLR<br><br>Order Continuing Trial Date and<br>PTM Deadline as to Jorge Alfonso<br>Mathus-Velaszquez |

**Order**

Jorge Alfonso Mathus-Velasquez moves the Court to continue the trial in this case from his current date of 4/23/18 to May 7, 2018, the latter of which is the same trial date of the remaining defendants in this case. He also seeks a new Pretrial Motion deadline of 3/29/18. The Government does not oppose the motion.

Based on the undisputed facts set forth in the motion, which are hereby incorporated by reference and adopted as findings, as well as all documents filed in connection with the motion, the Court finds:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to review the evidence which is sizeable and will take considerable time to review, as well as utilize the assistance of an interpreter to review the same which will require additional time.

Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time to meet the above objectives. Accordingly, IT IS HEREBY ORDERED that the trial date is continued to May 7, 2018 and that the pretrial motions deadline shall be March 29, 2018. The resulting period of delay from the date of this motion until the new trial date is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED this 27th day Feb., 2018.

James L. Robart
United States District Judge